UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KAREN ISAACSON,<br><br>        Plaintiff,<br><br>v.<br><br>BEN CARSON, et al.,<br><br>        Defendants. | Case No. 19-CV-2059<br><br>ORDER DENYING MOTION FOR LEAVE TO AMEND COMPLAINT |

On March 3, 2020, the Court issued an order dismissing plaintiff's complaint without leave to amend pursuant to 28 U.S.C. § 1915(e)(2)(B). The reasons for dismissal are set forth in detail in that order. See Dkt. #8. On March 13, 2020, plaintiff filed a motion for leave to amend her complaint. See Dkt. #9. Plaintiff has again failed to cure the defects identified in the Court's dismissal order. Dkt. #8.[1] Plaintiff's motion for leave to amend her complaint is DENIED.

DATED this 6th day of April, 2020.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[1] Plaintiff is advised that further district court filings under this case number may be stricken.

ORDER DENYING MOTION FOR LEAVE TO AMEND - 1